UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EL-AMIN BASHIR,

                    Plaintiff,

v.                                    Case No. 3:05-cv-1165-J-12HTS

UNITED STATES [OF] AMERICA,

                    Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 9, 2006, the Court ordered Plaintiff, within thirty days, to *either* pay the $250.00 filing fee in this case or file an Affidavit of Indigency accompanied by a computer printout or account statement of the transactions in his prisoner account. Plaintiff failed to respond to the Court's Order. Therefore, on April 13, 2006, the Court ordered Plaintiff to show cause, within fifteen days, why this case should not be dismissed for lack of prosecution. Further, the Court notified Plaintiff that failure to respond to the Court's Order of March 9, 2006, and to show satisfactory cause for his initial failure to respond to that Court Order would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded to the Court's Orders.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of May, 2006.

                                        Howell W. Melton
                                    UNITED STATES DISTRICT JUDGE

sc 5/3
c:
El-Amin Bashir