UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EL-AMIN BASHIR,

          Plaintiff,

v.                         Case No. 3:05-cv-1165-J-12HTS

UNITED STATES [OF] AMERICA,

          Defendant.

_____

## ORDER

On August 16, 2006, this Court granted Plaintiff additional time to serve the Defendant and ordered that the Defendant must be served on or before October 16, 2006, in accordance with Fed. R. Civ. P. 4(i)(1). Further, the Court ordered Plaintiff, on or before October 30, 2006, to provide the Court with certification of service and documents reflecting proper, completed service upon the Defendant. The Court notified Plaintiff that his failure to provide proof of proper service or failure to show good cause for the failure to effect service within the time allotted would result in the dismissal of this action without further notice.

On November 9, 2006, this Court entered an Order to Show Cause (Doc. #23), requiring Plaintiff, on or before December 11, 2006, to show good cause for the failure to effect service within the time initially allotted by this Court. The Court notified Plaintiff that his failure to do so would result in the dismissal of this action without further notice.

On November 20, 2006, Plaintiff filed a Motion for Extension of Time for Notice to Serve Summons in Civil Action (Doc. #24), in which he requests an additional thirty days to comply with the Court's August 16, 2006, Order. Rule 4(m) of the Federal Rule of Civil Procedure states:

> **Time Limit for Service.** If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

Plaintiff's Complaint was filed on October 31, 2005. Plaintiff has shown good cause to extend the time for service of process. Therefore, Plaintiff will be granted additional time to serve the Defendant. The Defendant must be served on or before **January 17, 2007**, in accordance with Fed. R. Civ. P. 4(i)(1). Thereafter, on or before **January 31, 2007**, Plaintiff shall provide

the Court with certification of service and documents reflecting proper, completed service upon the Defendant. Failure to provide proof of proper service or failure to show good cause for the failure to effect service within the time allotted will result in the **dismissal** of this action **without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida, this 29TH day of November, 2006.

Howell W. Melton
UNITED STATES DISTRICT JUDGE


sc 11/28
c:
El-Amin Bashir

- 3 -